# EXHIBIT 2

**EXHIBIT 2**

**Infringement Claim Chart for U.S. Patent No. 8,385,592 ("the '592 Patent")**

Imatag directly and indirectly infringes at least claims 1 and 8 of the '592 Patent. The Imatag products that infringe the '592 Patent include the Digital Watermarking API ("IMATAG API"), Leaks, and Monitor (collectively, the "Accused Watermarking Products"). Each of the Accused Watermarking Products uses and relies on Imatag's watermarking solution that works by modifying pixels of an images into machine-readable code that creates an "invisible" watermark. Imatag deploys its invisible watermark technology into each of the three Accused Products.

| Independent Claim 1 | Accused Watermarking Products |
|---|---|
| **1.** [pre] A digital watermarking system for producing a watermarked image from an original image, the system comprising: | Imatag provides a digital watermarking solution whereby a watermark image is produced from an original image uploaded by a user. The solution works by creating a unique identifier (digital watermark) for an image via the modification of pixels of the image. The modification of pixels is invisible to the human eye. See the below (simplified graphic) advertising the pixel modification/layering process: |

| | |
|---|---|
| | [figure] [1] |
| [1.1] a storage unit which tangibly stores watermarking algorithms, the original image, watermark data, and the watermarked image; and | Imatag's watermarking solution is digital and utilizes a storage unit that stores watermarking algorithms, the original image, watermark data, and the watermarked image. For example, Imatag admits that it utilizes watermarking algorithms: "Our Digital watermarking algorithm inserts data using patented steganographic techniques, with an encryption key to decode it."[2] Imatag also demonstrates in a video that it stores an original and watermarked image.[3] It also "discretely places an imperceptible identifier at the pixel level of images or videos."[4] Such "identifiers" are "watermark data." The watermarking algorithm, original image, watermark data, and watermarked image are each tangibly stored on a storage unit.<br><br>The below snapshots from the video portray the Imatag process in action; the process starts with an original image and outputs a watermarked image. |

---

[1] IMATAG, https://www.imatag.com/digital-watermarking/ (last visited May 11, 2023).
[2] *See supra* note 1.
[3] Imatag, *Protecting NFT from theft or plagiarism with IMATAG's invisible watermark*, YOUTUBE (July 7, 2022), https://www.youtube.com/watch?v=qDhJJxqbnhg (last visited March 7, 2023).
[4] Imatag, *IMATAG Watermark*, YOUTUBE (May 19, 2020), https://www.youtube.com/watch?v=alhQNgYC9gA&t=41s (last visited March 7, 2023).



| | |
|---|---|
| [1.2] a processor which executes the watermarking algorithms to | Imatag utilizes a processor to execute the watermarking algorithms to practice the elements shown in [1.2.1] through [1.2.5] below. |
| [1.2.1] encode the watermark data, | Imatag uses algorithms to encode watermark data: "Our Digital watermarking algorithm inserts data using patented steganographic techniques, with an encryption key to decode it."[5] Imatag's use of the watermarking algorithm to insert data into a file is encoding watermark data. |
| [1.2.2] create a watermark bitmap template at a first desired size and resolution, the watermark bitmap template including at least one watermark bitmap of the encoded watermark data, | As shown in the images below, Imatag creates a unique set of pixels from which the watermark is created.[6] Those pixels are a watermark bitmap template, and they are created at a first size and resolution.<br><br>[7] |

---

[5] *See supra* note 1.
[6] *See supra* note 4.
[7] *See supra* note 3.

| | |
|---|---|
| [1.2.3] load and scale the original image to a second desired size and resolution, | On information and belief, Imatag scales the original image to a second size and resolution. |
| [1.2.4] composite the watermark bitmap template and the scaled original image to produce the watermarked image by | A composite of the modified pixels and the original image is created by: (1) aligning the modified pixels and the original image; (2) modifying pixel values of the original image. |
| [1.2.4.1] aligning the watermark bitmap template and the scaled original image, and | An Imatag demonstration video shows that a composite of the original image and the modified pixels is created by aligning the pixels and, on information and belief, the scaled original image.[8] |
| [1.2.4.2] programmatically modifying pixel values of the scaled original image near positions where the watermark bitmap and the scaled original image overlap, and | Imatag makes a composite of the original image and the modified pixels by modifying the pixel values of the scaled original image. For example, Imatag admits that its digital watermarking process works via "an invisible modification of pixels:"[9] Those modifications are made near where the watermark bitmap and scaled original image overlap to make the watermark perceptually invisible to the human eye. For example, Imatag says that, "For security, the digital watermark applied to your digital asset is perceptually shaped to remain invisible to the human eye."[10]<br><br>An Imatag demonstration video also shows that its system modifies pixel values near where watermark and original image overlap.[11] |
| [1.2.5] store the watermarked image in the storage unit. | The digitally-watermarked digital image is necessarily stored on a computer-readable medium (i.e., "storage unit"). |

---

[8] *See supra* note 3.
[9] *See supra* note 1.
[10] *See supra* note 1.
[11] *See supra* note 3.

| Claim 8 | Accused Watermarking Products |
|---|---|
| 8. The system of claim 1 and further comprising the processor executing the watermarking algorithms to determine unacceptable compositing areas in the original image and, during compositing, apply no modifications to the pixel values at positions corresponding to the unacceptable compositing areas. | Imatag admits that pixels of an original image are not modified where modification would alter the image to a degree detectible by the human eye:<br><br>"When you mark a photo, individual pixels are modified all around the image so that you can't notice it when you compare it with the original shot. When you modify a photo, some pixels will be modified, but not all. This way, you can always find the watermark again. 'It's not a good idea to modify colors directly. You have to start with grayscale analysis and that's what we do,' co-founder and CEO Mathieu Desoubeaux. 'We apply psychovisual masks to make sure that you can't see it with human eyes.'"[12]<br><br>Imatag thus uses a processor to determine that some areas of the original image are unacceptable for compositing because compositing those unacceptable areas would render the composite too detectible to the human eye. |

---

[12] Romain Dillet, *Imatag inserts invisible watermarks to track images around the web,* TECHCRUNCH (March 24, 2020), https://techcrunch.com/2020/03/24/imatag-inserts-invisible-watermarks-to-track-images-around-the-web/ (last visited May 11, 2020).