## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KPN INNOVATIONS LLC, | ) | |
| Plaintiff, | ) ) ) | Case No. 1:23-cv-11064 |
| v. | ) ) ) | **Jury Trial Demanded** |
| IMATAG S.A.S. | ) ) ) | |
| Defendant. | ) | |

## **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff KPN Innovations LLC states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: May 12, 2023

> Respectfully submitted,
> **CALDWELL**
> /s/ *Andrew P. Alexander*
> Andrew P. Alexander (BBO# 710413)
> andrew@caldwellip.com
> Jameson J. Pasek (BBO# 692924)
> jameson@caldwellip.com Caldwell
> Intellectual Property Law 200
> Clarendon St., 59th Floor
> Boston, MA 02116
> (857) 496-8913
> *Attorneys for Plaintiff*