## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPN INNOVATIONS LLC, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-11064-FDS |
| v. | ) |
| | ) **Notice of Withdrawal** |
| IMATAG S.A.S. | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.5.2(c), Andrew Alexander files this written notice of withdrawal, including to be served on KPN Innovations, LLC and all other parties. Jameson Pasek remains counsel to the present case. No motions for the present case are pending before this court. No trial date has been set, no evidentiary hearing has been set, and no reports are presently due.

Dated: June 5, 2023

Respectfully submitted,

**CALDWELL IP LAW**

// *Jameson Pasek*
Jameson J. Pasek (BBO# 692924)
jameson@caldwellip.com
Caldwell Intellectual Property Law
200 Clarendon St., 59th Floor,
Boston, MA 02116
(857) 496-8913

1

*Attorney for Plaintiff*
*// Andrew P. Alexander*
Andrew P. Alexander (BBO# 710413)


*Withdrawing Attorney*


## CERTIFICATE OF SERVICE

I, Jameson J. Pasek, hereby state that I served the above Notice of Withdrawal of Counsel on KPN Innovations, LLC via email and Imatag S.A.S. via FedEx on June 5, 2023.

*// Jameson Pasek*
Jameson J. Pasek (BBO# 692924)