IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPN INNOVATIONS LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>IMATAG S.A.S.<br><br>　　　　Defendant. | Civil Action No.  1:23-cv-11064-FDS |

**STIPULATION CONCERNING WAIVER OF SERVICE AND RESPONSE DEADLINE**

Plaintiff KPN Innovations, LLC ("Plaintiff" or "KPN") and Defendant Imatag S.A.S. ("Defendant" or "Imatag") hereby agree, subject to the Court's approval, that Defendant, a foreign corporation, accepts service of the complaint and waives any defense under Fed. R. Civ. P. 12(b)(4) and (5) and that Defendant has until November 16, 2023 to answer or otherwise respond to the Complaint.

Dated:  July 19, 2023

*/s/ Jameson J. Pasek*
Jameson J. Pasek (BBO# 692924)
jameson@caldwellip.com
Caldwell Intellectual Property Law
200 Clarendon St., 59th Floor,
Boston, MA 02116
857.990.4914 Phone

*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Gerald B. Hrycyszyn*
Gerald B. Hrycyszyn (BBO # 675201)
ghrycyszyn@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                */s/ Gerald B. Hrycyszyn*
                                                Gerald B. Hrycyszyn